```
           IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
```

**REGINA WILLIAMS,**

        **Plaintiff,**

  vs.                                  **Civil Action 2:07-CV-1030**
                                            **Judge Graham**
                                            **Magistrate Judge King**

**THE UNITED STATES POSTAL SERVICE,**
*et al.*,

        **Defendants.**

## ORDER

On October 19, 2007, the United States Magistrate Judge issued a *Report and Recommendation* recommending that this action be dismissed. Plaintiff was specifically advised of her right to object to the *Report and Recommendation* and of the consequences of her failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk shall enter **FINAL JUDGMENT**.


Date: November 27, 2007                        s\James L. Graham
                                                    James L. Graham
                                                    United States District Judge